**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **GARY MADDEN,** | **CASE NO. 2:09-cv-133** |
| | **JUDGE MARBLEY** |
| Petitioner, | **MAGISTRATE JUDGE KEMP** |
| v. | |
| **TIMOTHY BRUNSMAN, Warden,** | |
| Respondent. | |

## OPINION AND ORDER

On April 1, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be transferred to the United States Court of Appeals for the Sixth Circuit for authorization for filing as a successive petition. Although the parties were advised of the right to object to the *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. This case is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.

**IT IS SO ORDERED.**

                                                              s/Algenon L. Marbley
                                                              ALGENON L. MARBLEY
                                                              United States District Judge